# MICHAEL WADE CLARK
## ATTORNEY AT LAW

25 January 2012

1141 NORTH PARK DRIVE
WASHINGTON, MISSOURI 63090
(636) 239-5906
FAX: (636) 239-300
E-MAIL: mwclark@ymail

Ms Michelle Shadid
Romolo and Associates
2428 North North Street
Peoria, Illinois 61604

        RE: Trustees of the Indiana State Council of Roofers Health and Welfare
           Fund vs. Eagle Roofing Co.
        U.S. District Court; Case No. 4:09-CV-89

Dear Ms Shadid:

    Pursuant to instructions from and agreement with Mr. Charles L. Berger in connection with the above-referenced case, enclosed please find the pertinent records of Eagle Roofing for your review and audit from January, 2008 to present. These are furnished with the understanding that additional records from January, 2005, are still being sought and garnered, and will be forwarded to you, with a view toward our February 4, 2012 deadline.

    I hope that the enclosed will allow to at least begin your audit, and to that extent will permit this matter to move forward. The earlier records are proving to be more difficult to obtain, though the monthly reports should be on file with the Fund. I have also noted 3 reports to be missing from those enclosed. In discussing them with my client, he believes that there was no activity during those months and that filed reports of same were sent to the Fund. I am assuming that you already have the records from the Fund, so that these omissions will not inconvenience your audit. If I am incorrect in this assumption, please contact me at once and I will see if Mr. Berger's client is in possession of them.

    As you may not know, Mr. Nichols had planned to cease doing business and retire at the end of December, 2009, but was faced with a situation in which a trusted and faithful employee of many years is life-dependent on approximately $9,000.00 worth of medication per month which is furnished through the Fund, and would cease if Mr. Nichols closed down. It is for that reason that he has continued in operation despite the fact that demand for the services of his company has practically come to a halt.

    Thanking you for your attention to these matters, and desirous of answering any questions you may have about them, I am

                                                    Very truly yours,

Ms Michelle Shadid
25 January 2012
page 2

Michael Wade Clark

MWC

CC: Mr. Charles L. Berger, Esq.
   313 Main Street
   Evansville, Indiana 47708-1485

# MICHAEL WADE CLARK
## ATTORNEY AT LAW

6 February 2012

1141 NORTH PARK DRIVE
WASHINGTON, MISSOURI 63090
(636) 239-5900
FAX: (636) 239-3061
E-MAIL: mwclark@yhti.net

Mr. Charles L. Berger, Esq.
313 Main Street
Evansville, Indiana 47708-1485

    RE: Trustees of the Indiana State Council of Roofers Health and Welfare
      Fund vs. Eagle Roofing Co.
    U.S. District Court; Case No. 4:09-CV-89

Dear Mr. Berger,

  I have today sent the remaining records to be audited to Ms Shadid.

  For your information, the January, 2012, report will contain 16 hours for Mr. Joel Schutt. These hours represent warranty work for which Eagle Roofing is not compensated. Due to lack of work, together with Mr. Nichols state in life, and some health concerns for his wife, Mr. Nichols is closing down Eagle Roofing, and will cease operations effective immediately.

  Thank you for your attention to these matters.

                   Very truly yours,

                   Michael Wade Clark

MWC